IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRUYEN VAN TRINH,

    Petitioner,

v.                                                                              CASE NO. 4:08-cv-00362-MP-WCS

US IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that the § 2241 petition, doc. 1, filed by Petitioner Truyen Van Trinh be transferred to the Eleventh Circuit Court of Appeals pursuant to REAL ID Act of 2005, 8 U.S.C. § 1252. The time for filing objections has passed, and none have been filed. The Court agrees that the REAL ID Act1 includes a transfer provision providing that "the district court shall transfer . . . to the court of appeals" any case "challenging a final administrative order of removal . . . ." REAL ID Act of 2005, Pub.L. No. 109-13, § 106(c), 119 Stat. 231 (2005). Therefore, pursuant to the REAL ID Act, codified at 8 U.S.C. § 1252(a)(2)(D), this case need not be dismissed but may, instead, be transferred to the Eleventh Circuit Court of Appeal. It is therefore

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The Clerk is directed to transfer this case to the United States Court of Appeals for the Eleventh Circuit.

**DONE AND ORDERED** this _25th_ day of September, 2008

                          *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge